G. Thomas Martin, III, Esq. (SBN 218456)
Nicholas J. Bontrager, Esq. (SBN 252114)
**MARTIN & BONTRAGER, APC**
6565 W. Sunset Blvd, Suite 410
Los Angeles, CA 90028
Telephone: 323.940.1700
Facsimile: 323.328.8095
tom@mblawapc.com
nick@mblawapc.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BYRD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NAVIENT SOLUTIONS, INC. d/b/a STUDENT ASSISTANCE CORPORATION; and DOES 1-10, inclusive,<br><br>　　　　Defendant(s). | Case No.: 3:15-cv-01603-JCS<br><br>**NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE** |

   NOW COMES Plaintiff, DANIEL BYRD ("Plaintiff"), by and through the undersigned counsel, and pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(i)*, hereby voluntarily dismisses the instant action.  Plaintiff dismisses his claims *with* prejudice.

| | | |
|---|---|---|
| 1 | Date: May 11, 2015 | **MARTIN & BONTRAGER, APC** |
| 2 | | By:*/s/ Nicholas J. Bontrager* |
| 3 | | Nicholas J. Bontrager |
| | | Attorneys for Plaintiff |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

NOTICE OF VOLUNTARY DISMISSAL